**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01448-CR

**ERMITANO RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82911-2016**

## ORDER

Appellant, who was convicted of aggravated sexual assault of a child, filed his brief on May 17, 2019.  In the brief, appellant identifies the child victim and other children by name in his statement of facts.   This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial in an aggravated sexual assault case.  *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.").  Accordingly, we **STRIKE** appellant's May 17, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

We **DIRECT** the Clerk to send copies of this order to Robert Herrington; and to the Collin County District Attorney.

/s/    BILL PEDERSEN, III
       JUSTICE